UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and PORTIER, LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | CASE NO. C24-2103 MJP<br><br>ORDER ON DEFENDANT'S REQUEST TO RESPOND TO TRO |

This matter comes before the Court on Defendant's Notice of Intent to Respond to Plaintiffs' Motion for Temporary Restraining Order. (Dkt. No. 14.) In its Notice, Defendant asks for leave to file their response by 5:00 PM on Tuesday, December 24, 2024. Under the Local Civil Rules, Defendant's response is due 48 hours from service, which includes electronic means. See LCR 65(b)(1). Here, Defendant states that it received a copy of the Motion "close to midnight" on December 18, 2024, which would make Defendant's response due by "close to midnight" on December 20, 2024. (See Dkt. No. 14; LCR 65(b)(1).) The Court here finds good cause to permit a brief extension of the response deadline, given the complexity of the issues.

Defendant must file its response by no later than 4:00 PM on Monday, December 23, 2024. This is also necessary to accommodate for the fact that the Court is closed on December 24, 2024, and court staff will not be available on the 24th to assist with any filings if difficulties arise.

Additionally, the Court has directed its Courtroom Deputy to work with the Parties to schedule a hearing on the Motion for Temporary Restraining Order at a convenient time on December 31, 2024. The hearing will be conducted by remote means.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 19, 2024.

Marsha J. Pechman
United States Senior District Judge