The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAPLEBEAR INC. d/b/a INSTACART, a Delaware corporation,<br><br>                Plaintiff-Intervenor,<br><br>   AND<br><br>UBER TECHNOLOGIES, INC. and PORTIER, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | Case No. 2:24-cv-02103-MJP<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR PERMISSIVE INTERVENTION**<br><br>[PROPOSED] |

This matter is before the Court on the motion of proposed Plaintiff-Intervenor Maplebear Inc., d/b/a Instacart ("Instacart") to intervene in this case. Having considered Instacart's motion, as well as the accompanying memoranda, pleading, and exhibits, the Court GRANTS the motion and orders as follows:

1. Instacart is permitted to join this case as a plaintiff for the purpose of pursuing the constitutional and statutory claims stated in its intervenor's complaint;

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR PERMISSIVE INTERVENTION- 1
Case No. 2:24-cv-02103-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

2. Instacart will not submit any substantive briefing related to the temporary restraining order scheduled for a hearing on December 31, 2024;

3. Instacart may participate in that hearing, including by offering argument, evidence, or both as deemed appropriate by this Court;

4. Instacart may participate fully at other stages of the litigation, including in any briefing, argument, or motions practice related to a preliminary injunction;

ORDERED this 26th day of December, 2024.

Marsha J. Pechman
United States Senior District Judge

Presented by:

*/s/ Douglas E. Smith*
Douglas E. Smith, WSBA #17319
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
Phone: 206.381.4906
desmith@littler.com

Alex MacDonald (*pro hac vice movant*)
LITTLER MENDELSON, P.C.
Workplace Policy Institute
815 Connecticut Avenue, NW, Suite 400
Washington, D.C. 20006-4046
Phone: 202.772.2505
amacdonald@littler.com

Attorneys for Plaintiff-Intervenor Instacart

4919-3004-3913.1 / 123104-1044

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR PERMISSIVE INTERVENTION- 2
Case No. 2:24-cv-02103-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300