UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and PORTIER, LLC,<br><br>            Plaintiffs,<br><br>MAPLEBEAR INC. d/b/a INSTACART,<br><br>            Plaintiff-Intervenor<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>            Defendant. | CASE NO. 2:24-cv-2103-MJP<br><br>STAY ORDER |

This matter comes before the Court on the Parties' Stipulated Motion to Stay Pending Appeal. (Dkt. No. 43.) Finding good cause to do so, the Court hereby STAYS proceedings in this case pending final resolution of the appeals noticed by Plaintiffs Uber Technologies, Inc. and Portier, LLC, and by Plainitff-Intervenor Maplebear Inc. d/b/a/ Instacart. (Dkt. Nos. 38–39.) The Parties are ORDERED to file a joint status report within 10 days of issuance of the Ninth Circuit's mandate on the appeals or any order or notice terminating the appeals.

STAY ORDER - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated January 24, 2025.

Marsha J. Pechman
United States Senior District Judge

STAY ORDER - 2